| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF NEW HAMPSHIRE | |
| Case number *(if known)* _____ Chapter  **11** | ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Bearsville, LLC** |
| **2.** | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **83-1212394** |
| **4.** | **Debtor's address** | **Principal place of business** <br><br> **23 Gould St.** <br> **Colebrook, NH 03576** <br> Number, Street, City, State & ZIP Code <br><br> **Coos** <br> County | **Mailing address, if different from principal place of business** <br><br> **PO Box 412** <br> **Colebrook, NH 03576** <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 1

Debtor  **Bearsville, LLC**  Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. Check **all** that apply:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

Debtor **Bearsville, LLC**     Case number (*if known*)
     Name

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ■ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Bearsville, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 5, 2025**
              MM / DD / YYYY

**X /s/ Richard Renehan**                                    **Richard Renehan**
Signature of authorized representative of debtor              Printed name

Title   **President**

**18. Signature of attorney**

**X /s/ Peter N. Tamposi**                                   Date  **May 5, 2025**
Signature of attorney for debtor                                    MM / DD / YYYY

**Peter N. Tamposi**
Printed name

**The Tamposi Law Group, P.C.**
Firm name

**159 Main ST.**
**Nashua, NH 03060**
Number, Street, City, State & ZIP Code

Contact phone  **603-204-5513**    Email address  **peter@thetamposilawgroup.com**

_____
Bar number and State

Fill in this information to identify the case:

Debtor name: **Bearsville, LLC**
United States Bankruptcy Court for the: **DISTRICT OF NEW HAMPSHIRE**
Case number (if known):

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| APC<br>413 BOSTON ST<br>TOPSFIELD, MA 01983 | | | | | | $180,247.14 |
| AT SYSTECH SDN BHD<br>NO 10 JALAN INDUTRIR SMD TAMAN PERINDUSTRIAN KUND, MA 48020 | | | Disputed | | | $107,360.00 |
| CLEAN EARTH<br>29338 NETWORK PL<br>CHICAGO, IL 60673 | | | | | | $51,464.59 |
| DUBOIS AND KING<br>PO BOX 339<br>RANDOLPH, VT 05060 | | | | | | $49,838.36 |
| DYNATEC SYSTEMS INC<br>360 CONNECTICUT DR<br>BURLINGTON, NJ 08016 | | | | | | $118,335.88 |
| EMS CO<br>1501 SENTINEL DR<br>ANNISTON, AL 36207 | | | | | | $59,397.13 |
| EVERSOURCE<br>PO BOX 56003<br>BOSTON, MA 02205 | | | | | | $201,561.47 |
| FW WEBB<br>2409 PORTLAND ST<br>ST JOHNSBURY, VT 05819 | | | | | | $44,715.43 |

Debtor **Bearsville, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GRANITE STATE WRKRS COMP** PO Box 1387 Concord, NH 03302 | | | Disputed | | | $35,016.00 |
| **HERC RENTALS** 257 BOSTON RD NORTH BILLERICA, MA 01862 | | | Disputed | | | $119,909.00 |
| **KENDEK IND SDN BHD** WISMA KENDEK 1032,JALAN KB2/15 BALAKONG SERI KEMBANGAN SELANGOR, MA 43300 | | | Disputed | | | $905,704.53 |
| **MILTON RENTALS** 509 MAIN ST GORHAM, NH 03581 | | | Disputed | | | $56,850.00 |
| **NESCO** 582 Queensbury Ave Ste 1 Queensbury, NY 12804 | | | | | | $39,000.00 |
| **NORDIC** PO Box 458 Berlin, NH 03570 | | | | | | $34,294.20 |
| **RIPCOL ENG SDNBHD** 9A JALAN KOTA RAJA L 27/L HICOM TOWN CENTRE, 27, SHAH ALAM SELANGOR, MA 40400 | | **MALAYSIA VENDOR** | | | | $75,000.00 |
| **SCHENKER INC** PO BOX 7247 PHILADELPHIA, PA 19170 | | | | | | $59,357.59 |
| **TOWN OF COLEBROOK** 17 BRIDGE ST COLEBROOK, NH 03576 | | | Disputed | | | $95,000.00 |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 2

Debtor **Bearsville, LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TWOLINK SDN BHD 9A JALAN KOTA RAJA L 27/L HITCOM CENTRE, SEKSYEN 27 SHAH ALAM SELANGOR, MA 40400** | | **MALAYSIA EQUIPMENT** | | | | $1,026,499.50 |
| **ULINE PO Box 88741 Chicago, IL 60680** | | | | | | $28,033.80 |
| **US HYDRAULICS INC 229 SHASTA ST MANCHESTER, NH 03103** | | | | | | $45,996.50 |

# United States Bankruptcy Court
### District of New Hampshire

In re  **Bearsville, LLC**                                                     Case No.
                         Debtor(s)                                              Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Bearsville, LLC**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Richard Renehan**
**26 Overlook Dr.**
**Danvers, MA 01923**

☐ None [*Check if applicable*]

**May  5, 2025**
Date

**/s/ Peter N. Tamposi**
**Peter N. Tamposi**
Signature of Attorney or Litigant
Counsel for  **Bearsville, LLC**
**The Tamposi Law Group, P.C.**
**159 Main ST.**
**Nashua, NH 03060**
**603-204-5513**
**peter@thetamposilawgroup.com**

```
Alpine Machine Company Inc.
355 Goebel Street
Berlin, NH 03570

APC
413 BOSTON ST
TOPSFIELD, MA 01983

AT SYSTECH SDN BHD
NO 10 JALAN INDUTRIR SMD
TAMAN PERINDUSTRIAN
KUND, MA 48020

CLEAN EARTH
29338 NETWORK PL
CHICAGO, IL 60673

DILLON BOILER SERVICES CO., INC
380 CRAWFORD STREET
Fitchburg, MA 01420

DUBOIS AND KING
PO BOX 339
RANDOLPH, VT 05060

DYNATEC SYSTEMS INC
360 CONNECTICUT DR
BURLINGTON, NJ 08016

EMS CO
1501 SENTINEL DR
ANNISTON, AL 36207

EVERSOURCE
PO BOX 56003
BOSTON, MA 02205

Ford, McDonal & Borden, PA
10 Pleasant St.
Ste. 400
Portsmouth, NH 03801

FW WEBB
2409 PORTLAND ST
ST JOHNSBURY, VT 05819

Granite State Economic Development Corp.
1 Cate St.
Unit 3
Portsmouth, NH 03801

GRANITE STATE WRKRS COMP
PO Box 1387
Concord, NH 03302
```

```
HERC RENTALS
257 BOSTON RD
NORTH BILLERICA, MA 01862

Joseph Foster
McLane Middleton
Manchester, NH 03101

KENDEK IND SDN BHD
WISMA KENDEK 1032,JALAN KB2/15 BALAKONG
SERI KEMBANGAN
SELANGOR, MA 43300

MILTON RENTALS
509 MAIN ST
GORHAM, NH 03581

NESCO
582 Queensbury Ave Ste 1
Queensbury, NY 12804

NORDIC
PO Box 458
Berlin, NH 03570

Nubridge Commercial Lending LLC
21680 Gateway Center Drive
#230
Diamond Bar, CA 91765

RIPCOL ENG SDNBHD
9A JALAN KOTA RAJA L 27/L
HICOM TOWN CENTRE, 27, SHAH ALAM
SELANGOR, MA 40400

Salem Five Cents Savings Bank
210 Essex St.
Salem, MA 01970

SCHENKER INC
PO BOX 7247
PHILADELPHIA, PA 19170

Sheehan Phinney Bass & Green
1000 Elm St
Manchester, NH 03105

TOWN OF COLEBROOK
17 BRIDGE ST
COLEBROOK, NH 03576

Town of Colebrook, NH
17 Bridge St.
Colebrook, NH 03576
```

```
TWOLINK SDN BHD
9A JALAN KOTA RAJA L 27/L
HITCOM CENTRE, SEKSYEN 27 SHAH ALAM
SELANGOR, MA 40400

ULINE
PO Box 88741
Chicago, IL 60680

US HYDRAULICS INC
229 SHASTA ST
MANCHESTER, NH 03103

US Small Business Administration
O'Neill Federal Bldg
10 Causeway St.
Room 265
Boston, MA 02222
```